# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BEIJING OVERSEAS EDUCATION AND IMMIGRATION CONSULT SERVICE CO., LTD.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES IMMIGRATION FUND, LLC; VIA MIZNER HOLDINGS, LP; 701 TSQ 1000 FUNDING, LLC; 101 MURRAY STREET FUNDING, LLC; AYB FUNDING 100, LLC; 76 ELEVENTH FUNDING, LLC; 125 GREENWICH STREET 1200 FUNDING, LLC; WEHO FUNDING 100, LLC; BROOKLYN PUBLIC LIBRARY FUNDING 100, LLC; and NASSAU COLISEUM FUNDING 100, LLC,**<br><br>**Defendants.** | **Case No. 1:23-cv-7321 (AS)** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Beijing Overseas Education and Immigration Consult Service Co., Ltd., hereby give notice that the above-captioned action and all claims against all Defendants in the Complaint filed herein, are voluntarily dismissed without prejudice.

Date: September 8, 2023

By: */s/ Kieran M. Corcoran*
Kieran M. Corcoran
STINSON LLP
100 Wall Street, Suite 201
New York, NY 10005
Telephone: (646) 883-7471
Facsimile: (646) 883-7472
Email: kieran.corcoran@stinson.com

*Attorney for Plaintiff Beijing Overseas Education and Immigration Consult Service Co., Ltd.*